**Order filed, June 17, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00323-CV

———————

### MARIA DEJESUS REYNOSO, Appellant

### V.

### DIBS US INC., Appellee

---

**On Appeal from the County Civil Court at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1073891**

---

## ORDER

The reporter's record in this case was due **June 07, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lisa Moody Fort and Marisol Ramos**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM